IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH SHOUPPE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D14-2347 and 1D14-3597

WASHINGTON COUNTY
SCHOOL BOARD,

     Appellee.

_____/

Opinion filed March 9, 2015.

An appeal from the Circuit Court for Washington County.
Christopher N. Patterson, Judge.

Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Thomas M. Findley and Bob L. Harris of Messer Caparello, P.A., Tallahassee, for
Appellee.

PER CURIAM.

     AFFIRMED.

CLARK, MARSTILLER, and SWANSON, JJ., CONCUR.